IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. SIMMONS                                                      PLAINTIFF

v.                              No. 5:13-cv-100-DPM

REX DAVIS; REUBEN MICHEL;
MARK GOBER, Sheriff; JERRY CLARKE;
ROBERT ROSEGRANT, Chief; DAVID OUTLAW;
JOEL HARPER, all individually and in their
official capacities; STAN WITT, Colonel;
DREW COUNTY; and CITY OF MONTICELLO              DEFENDANTS

ORDER

Simmons moves to dismiss his pending claims without prejudice. № 62.

Defense counsel have informally informed the Court that they don't object to

the motion. Motion, № 62, granted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2015