IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. SIMMONS                                                           PLAINTIFF

v.                            No. 5:13-cv-100-DPM

REX DAVIS; REUBEN MICHEL;
MARK GOBER, Sheriff; JERRY CLARKE;
ROBERT ROSEGRANT, Chief; DAVID OUTLAW;
STAN WITT, Colonel; HARPER, FNU; JOHN
KIDWELL, Director, all individually and in their
official capacities; DREW COUNTY; and
CITY OF MONTICELLO                                                      DEFENDANTS

## JUDGMENT

1. Simmons's negligence and official-capacity claims against Kidwell are dismissed with prejudice.

2. Simmons's official-capacity claims for damages against Harper are dismissed with prejudice.

3. Simmons's remaining claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2015